

Douglas B. Lipsky

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
dl@bronsonlipsky.com

www.bronsonlipsky.com

December 14, 2017

<u>VIA ECF</u>
The Honorable Jesse M. Furman, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Young v. Pret A Manger (USA) Limited, 1:17-cv-7231 (JMF)</u>

Dear Judge Furman:

    This firm represents the Plaintiff. We submit this letter, with Defendant's consent, to advise the Court that the parties have reached a settlement and all parties have executed a binding settlement agreement. The parties respectfully request that the Court vacate all pending deadlines and hearings, including the December 21, 2017, 3:00 p.m., initial case management conference. The parties will submit a R. 41 Stipulation of Dismissal with Prejudice within ten days. We appreciate the Court's attention to this matter.

    Respectfully submitted,
    BRONSON LIPSKY LLP


    <u>s/ Douglas B. Lipsky</u>
    Douglas B. Lipsky

Cc:    Daniel L. Clark and Laura L. Robertson (Via ECF)