USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LAWRENCE YOUNG, Individually and on Behalf : ECF CASE
of All Other Persons Similarly Situated,
                    Plaintiff,           No.: 1:17-cv-7231 (JMF)

v.

PRET A MANGER (US) LIMITED,

                    Defendants.
------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

With Defendant having not served an Answer or a Motion for Summary Judgment, Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its or their own fees and costs.

Dated: December 13 2017
       New York, New York

_____
Douglas B. Lipsky, Esq.
BRONSON LIPSKY LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
Email: dl@bronsonlipsky.com
Tel: 212.392.4772
*Attorneys for Plaintiff*

Dated: December 14, 2017
       New York, New York

*Laura Lawless Robertson*
D. Lewis Clark Jr.
Laura Lawless Robertson
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza
New York, New York 10012
Email: lew.clark@squirepb.com
Tel: 212.407.0124
*Attorneys for Defendant*

SO ORDERED:

Dated: New York, New York
      December 26, 2017

_____
The Honorable Jesse M. Furman, U.S.D.J.